**WILLIS & YOUNG, P.C.**
921 Bergen Avenue, Suite 525
Jersey City, New Jersey 07306
(201) 659-2090
Attorney for Defendant, JOHN TERRAZZINO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | :: | UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY |
| Plaintiff, | :: | |
| vs. | :: | CRIM. NO. 07-67 (SRC) |
| JOHN TERRAZZINO, | :: | |
| Defendant(s) | :: | CONSENT ORDER AMENDING SENTENCE |

THIS matter having been opened to the Court by Peter R. Willis, Esq., of Willis & Young, P.C. attorney for John Terrazzino, for an Order Amending Mr. Terrazzino's sentence and Jonathan Romankow, Assistant United States Attorney, consenting to said application, and for good cause shown,

IT IS on this 15th day of January, 2008,

ORDERED that the defendant's Judgment of Conviction and corresponding sentence is hereby modified and that the condition that Mr. Terrazzino reside at a community corrections center, halfway house or similar residential facility for a period of 5 months after release from his 5-month term of imprisonment is removed.

Hon. Stanley R. Chesler, USDJ

I hereby consent to the
Entry of the above order.

Jonathan Romankow, AUSA